Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number

Mark S. Horoupian (SBN 175373) / Marcus A. Tompkins (SBN 190922)
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071
Tel: 213.626.2311
Fax: 213.629.4520
Attorneys for Arturo M. Cisneros, Trustee of the Creditor Trust

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>MARK A. LEGGIO and<br>MARY ELLEN LEGGIO,<br><br>Debtor(s). | CASE NO.:<br>6:08-bk-17870-MJ |

## NOTICE OF SALE OF ESTATE PROPERTY

| | |
|---|---|
| **Sale Date:** January 19, 2011 | **Time:** 1:30 p.m. |

**Location:** U.S. Bankruptcy Court, Courtroom 302, 3420 Twelfth Street, Riverside, CA 92501-3819

Type of Sale:  ☒ Public       ☐ Private       Last date to file objections:
January 5, 2011

Description of Property to be Sold:  (1) 50% interest in Mark Christopher Properties, LLC, a California limited liability company, and (2) a 2.5% interest in CSM&C Expansion, LLC, a California limited liability company.  See attachment for more information.

Terms and Conditions of Sale:  The property shall be sold free and clear of all monetary liens and other interests. The complete sale terms and conditions are set forth in  "Purchase Agreement Re Ownership Interest in Mark Christopher Properties, LLC, and CSM&C Expansion, LLC," a copy of which may be obtained from the contact person listed below.  The sale is subject to court approval and overbid as described below.

Proposed Sale Price:  $200,000 total   (allocated $191,000 for the interest in Mark Christopher Properties, LLC, and $9,000 for the interest in CSM&C Expansion, LLC)

Overbid Procedure (If Any): Bidders must tender deposit of $200,000.  The minimum overbid shall be $220,000, and all further overbids shall be in increments of at least $10,000.  Please contact person listed below for more information.

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing: See above

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

Mark S. Horoupian
Sulmeyer Kupetz, a Professional Corporation
333 S. Hope St., 35th Floor
Los Angeles, CA 90071
Tel: 213.626.2311  E-mail: mhoroupian@sulmeyerlaw.com

Date:  December 29, 2010

January 2009

**F 6004-2**

American LegalNet, Inc.
www.FormsWorkflow.com

1. **MARK CHRISTOPHER PROPERTIES, LLC**   **(50%)**

Mark Christopher Properties, LLC("MCP") is a California limited liability company that owns five primary assets.

a.   First, MCP owns a single use commercial real property located at 1079 W. Foothill Blvd., Upland, California 91786 (the "1079 W. Foothill Property").  The most recent appraisal of the property valued the property at $2,950,000 as of September 2009, but indications are that the value of the property has declined since that time.  It is estimated that the value of the property could be as low as $2.5 million at this time.  The 1079 W. Foothill Property is encumbered by liens in favor of GMAC Financial Services currently valued at approximately $2.4 million.  MCP currently leases the 1079 W. Foothill Property to Mountain View Chevrolet.   The lease generates no income for MCP, as the rent payment is directed to pay the GMAC loan.  MCP has advised the Trustee that under the terms of its franchise agreement with GM, it must undertake a $2 million renovation of the property to bring the dealership up to GM's standards.  It is important to note that MCP has advised that it will be making a capital call upon the Estate (or any other purchaser of the stock) to help fund these renovations.  MCP has explored other options for the property, but given its location, zoning issues, and certain environmental issues, it would be difficult if not impossible to use the property for anything other than an automotive dealership.

b.   Second, MCP also has a bank account with Citizens Bank with a balance of approximately $50,000 as of December 15, 2010.  According to MCP, the cash in this account is committed for operating expenses, and not subject to dividends.

c.   Third, MCP also owns 38.462% of Eucalyptus Avenue, LLC, which in turn owns a single use specialty commercial real property located at 5060 Eucalyptus Avenue, Chino, California 91710 (the "Eucalyptus Avenue Property").  The most recent appraisal of the property valued the property at $5,300,000 as of September 2009, and the appraisers recently provided MCP with an updated opinion as to value at $4.8 million.  The Eucalyptus Avenue Property is encumbered by a lien currently valued at approximately $4,020,000.

d.   Fourth, MCP owns 5% of a carbon fiber business known as Carbon by Design, LLC.  MCP historically receives approximately $4,200 per year on account of such interest.

e.   Finally, MCP owns 1 ½ shares of San Antonio Water Company.  This stock is believed to have no value.

The remaining 50% of MCP is owned by the Christopher M. and Michele D. Leggio Family Trust dated January 21, 1997 as the sole and separate property of Christopher M. Leggio under the sub-trust designated Christopher Morris Leggio's Separate Property Trust.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

## 2. **CSM&C EXPANSION, LLC** (2.5%)

CSM&C Expansion, LLC ("CSM&C") is a California limited liability company that owns commercial real property located at 1060 W. Foothill Blvd., Upland, California 91786 (the "1060 W. Foothill Property"). The most recent appraisal of the property valued the property at $1,300,000 as of September 2009, though considering the continuingly deteriorating real estate market in the Inland Empire, the property more likely has a value of approximately $900,000 to $1,000,000 at this point. The estate's 2.5% interest, therefore has a value of approximately $22,500 to $25,000. However, given the fact that this is a minority interest in a family owned limited liability company, with significant restrictions under the operating agreements, the Trustee believes that there is a very limited market for the shares.

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

698122.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described <u>Notice of Sale of Estate Property</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 29, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

| | |
|---|---|
| James C. Bastian, Jr., Attorney for Mark and Mary Ellen Leggio | jbastian@shbllp.com |
| Abram Feuerstein, Esq., United States Trustee | abram.s.feuerstein@usdoj.gov |
| Janis G. Abrams, Attorney for Federal Deposit Insurance Corporation | jabrams@fdic.gov |
| Franklin C. Adams, Attorney for Parkway Bank and Trust Company | franklin.adams@bbklaw.com |
| Dennis G Bezanson, Attorney for Parkway Bank and Trust Company | dennis.bezanson@bbklaw.com |
| Richard I. Brown, Attorney for Merchants Mortgage & Trust Corporation, LLC | rbrown@lrflegal.com |
| Alan W. Forsley, Attorney for Merchants Mortgage & Trust Corporation, LLC | awf@fredmanlieberman.com |
| Joe M. Lozano, Jr., Attorney for CitiMortgage, Inc. | notice@NBSDefaultServices.com |
| Hal M. Mersel, Attorney for ARE Funding LLC | mark.mersel@bryancave.com |
| Christopher Minier, Attorney for Geoffrey L. Berman | becky@ringstadlaw.com |
| Sally S. Neely, Attorney for The Leggio Family Trust | sneely@sidley.com |
| Scott H Noskin, Esq., Attorney for Comerica Bank | snoskin@mbnlawyers.com |
| R G Pagter, Attorney for Golden State Bank | gibson@pagterandmiller.com |
| Eric S. Pezold, Attorney for First Arizona Savings | epezold@swlaw.com |
| Todd C. Ringstad, Attorney for Geoffrey L. Berman | becky@ringstadlaw.com |
| Martha E. Romero, Attorney for San Bernardino County Tax Collector | Romero@mromerolawfirm.com |
| Victor A. Sahn, Attorney for Mark and Mary Ellen Leggio | vsahn@sulmeyerlaw.com |
| Nanette D. Sanders, Attorney for Geoffrey L. Berman | becky@ringstadlaw.com |
| Adam M. Starr, Attorney for TCC Investor Holdings, LLC and TCC Estrella, LLC | starra@gtlaw.com |
| Curt Todd, Attorney for Merchants Mortgage & Trust Corporation, LLC | ctodd@lrflegal.com |

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>December 29, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Meredith A. Jury
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 29, 2010 | Sharon Waldrop | /s/ Sharon Waldrop |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**